RECEIVED
SDNY PRO SE OFFICE
2026 FEB 13 PM 4:34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregory St. Surin
plaintiff - claimant

Write the full name of each plaintiff.

26 CV 1305
No. ______
(To be filled out by Clerk's Office)

v.

Kirby Psychiatric Clinicians, Psychiatrists Administrators, Directors, Policy Creators, ~~against~~ trainers supervisors Kirby Psychiatric Center Security Hospital Treatment Assistants, Arthur J. John Doe #1 John Doe #2 #3 #4, #5, #6 all those responsible for placing patients together or population of ward floor

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

Vaughn 484 F.2d

# COMPLAINT

(Prisoner)

Do you want a jury trial?
☒ Yes ☐ No

7th Amend U.S. Constitution
U.S. Constitution
Fed R Civ 38
1983 - 1985 - 1986
official - Individual capacities

Bivens Claim
403 US 388

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

- [x] Violation of my federal constitutional rights
- [ ] Other: ____________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Gregory — St Surin

First Name — Middle Initial — Last Name

N/A

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

N/A

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

KIRBY Psychiatric

Current Place of Detention

102 Rivers Edge Rd

Institutional Address

N.Y. — N.Y. — 10035

County, City — State — Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

- [ ] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced prisoner
- [ ] Other: ____________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: John Doe #1 John Doe #2 John Doe #3 John Doe #4 #5 #6

First Name Last Name Shield # Pyschiatrist,

Supervisors Directors, Administrators, Trainers, Policy Creators

Current Job Title (or other identifying information)

102 Rivers Edge Rd

Current Work Address

NY NY 10035

County, City State Zip Code

Defendant 2: John Doe #1 #2 #3 #4 #5 #6

First Name Last Name Shield #

Security Hospital Treatment Assistants

Current Job Title (or other identifying information)

102 Rivers Edge Rd

Current Work Address

New York New York 10035

County, City State Zip Code

Defendant 3:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

Defendant 4:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Kirby Psychiatric Center

Incident No #1 / Incident #2

Date(s) of occurrence: Sept. 2023 Approx 4PM 7th Floor / DEC 2025 End of Nov. 2025 or Early Dec 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

#1) I AM GREGORY ST. SURIN

#2) ON T/P/O TIME - PLACE - OCCURENCE Sept (End of Month 2023) At Kirby Pychiatric Forensic located 102 Riversedge Rd. NY, NY 10035 Afternoon hrs 4PM 7th Flr.

#3) While placed in said Facility A patient entered the Dayroom Area A Black Male - Black Male - Skinny About 6ft braids and stated "I work for NYPD and I am going to Kill you" And punching ST. Surin about 10 times causing swelling both black eyes sever face mouth cheeks and breaking St. Surin nose.

#4) Staff watched the fight from about 15 ft away on surveillance camera and through the Dorm central monitoring arena which is a post centralize dayrooms and hallways can be physically watched. Both parties (Fighter & Surin) exchanged blows and they stopped the fight.

#5) The patient who iniated the fight was moved 15 days later

#6) ST. Surin was sent to Bronx Lebanon where he was told he had a Broken Nose. ST. Surin was given pain killers and was told he would need surgery.

#7.) ST. Surin was never taken back for surgery. Kirby Psychiatric Center told ST. Surin he would not be taken back for surgery.

Incident #2

1.) End of Nov or Early Dec. 2025 ST. Surin engaged in behavior geared to protect patients at Kirby that staff did not handle or address apropiater.

2.) There is a Spanish patient who is trying desperately to reach I.C.E. & Homeland, besides family. It appears that no one is assisting this spanish in doing so this patient is breaking both phones and starts crying afterwards 3x times. As a matter of fact broke the phone and witnesses it took over 1½ months to fix the phone and then one of the phones were broke and is still broken. Bennie Gibson who saw the event and will submit an affidavit. St. Surin when Spanish patient went to use phone ST. Surin tried to help because staff did not do anything to prevant him from do harm to himself. Staff did not punish or do anything to him for breaking phone. What happen next is a coincedence due to the fact staff was 10 feet away. One staff memeber (small woman Ms Hart) intervene between us to stop him after 30 blows to ST. Surin head face, nose and mouth. ST. Surin did not fight back and blood was everywhere

The only worker to intervene is a small, light skinned security assistant Ms Hart, who immediately stepped between two swinging patients on (2) occassion to wit (is not listed in this matter. At least 8 or 9 individuals pyschs, security assistants were present during incident. St Sunin was beaten brutally while staff watched, except for Ms. Hart who could have easily been hurt. St Sunin did not swing or fight although he could have easily done so. St Sunin suffered head contusions, facial swelling lacerations, brusing, swelling to face, mouth, black eyes, cuts to face, cuts to forehead - he did not recieve medical hospital treatment till the next day.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

physical injury substantial black eyes, lacerations, swollen Jaw, cheeks, speed knots or bumps, lumps, loss of blood fatigue, muscle pain & injury to shoulder, neck, face. mental anguish, trauma, emotional distress

## VI. RELIEF

State briefly what money damages or other relief you want the court to order. Institute Civil litigation 5th, 4th, 8th, 14th Federal Constitutional Jurisprudence to the sum of $10,000,000 for; failure to protect, failure to punish, failure to intervene overall, creating a policy that did not adequately (seperate) violent individuals from non violent, creating a climate of fear & anger and helplessness where contact with family and court or business was limited where 30 patients had to use 1 phone (2 month period) Depraved indifference to the creation of a safe and secure environment failure to provide prompt medical attention.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2/6/26
Dated

STSURIN GREGORY [signature]
Plaintiff's Signature

GREGORY STSURIN
First Name Middle Initial Last Name

Kirby Psychiatric 102 Rivers Edge ROAD
~~Prison~~ ~~Address~~

NY
County, City

NY
State

10035
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ______________

MANHATTAN PSYCHIATRIC CENTER
KIRBY FORENSIC PSYCHIATRIC CENTER
WARD'S ISLAND COMPLEX
NEW YORK, NEW YORK 10035-6095

10007

RDC 99

FCM LETTER
EAST ELMHURST, NY 11369
FEB 10, 2026

**$1.07**

S2324P502801-13

MAIL TO:

Pro Se
United States District Courthouse
Southern District New York / Civil Term
500 Pearl St
N.Y. N.Y. 10007

RECEIVED
Y PRO SE OFFICE
FEB 13 PM 4:26

USM